UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| D.B., a minor, by and through his parent and guardian, SHARON BROGDON, R.W. and C.W., both minors, by and through their parent and guardian ROGER WHITE, | ) ) ) ) ) | | |
| Plaintiffs, | ) ) | | |
| v. | ) ) | No.: | 3:06-CV-75 (VARLAN/SHIRLEY) |
| STEVE LAFON, in his individual and official capacity; ALVIN HORD, in his official capacity, and BLOUNT COUNTY SCHOOL BOARD, | ) ) ) ) ) | | |
| Defendants. | ) | | |

## ORDER

This civil action is now before the Court for consideration of plaintiffs' motion for preliminary injunction and temporary restraining order [Doc. 3]. For the reasons discussed in the memorandum opinion entered contemporaneously herewith, plaintiffs have failed to establish a substantial likelihood of success on the merits. Therefore, the Court hereby **DENIES** the motion for a preliminary injunction and temporary restraining order [Doc. 3].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE